**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIGUEL ANGEL GIL QUINTERO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1855 |
| | ) | |
| WARDEN OF MOSHANNON VALLEY PROCESSING CENTER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 23rd day of November, 2026, upon consideration of Respondents' Supplemental Notice to the Court (Docket No. 9) reporting that Petitioner was scheduled for an individualized bond hearing on October 19, 2026 and Petitioner's attorney for his immigration proceedings having withdrew the request for bond at the hearing, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record